# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | Misc. 24-61 SPG (MRWx) | Date | May 13, 2024 |
|---|---|---|---|
| Title | Acosta v. Unite Here Health | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| Eddie Ramirez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Movant: | Attorneys for Respondent: |
|---|---|
| n/a | n/a |

**Proceedings:**      ORDER RE: STATUS CONFERENCE

1.      This is a motion to compel discovery responses regarding a subpoena issued in a federal civil action in the Northern District of Illinois. The matter has been assigned to Magistrate Judge Wilner for consideration.

2.      Judge Wilner would value a discussion and planning session with the lawyers before setting a briefing schedule and further proceedings. Based on a preliminary review of the motion, the Court is aware that Local 11 asserts that the motion involves similar discovery issues to those which are pending in the Illinois federal court. (Docket # 1 at 11.) If so, that raises considerable questions about the propriety of venue of the action in this district under Federal Rule of Civil Procedure 45(f).

3.      Directly put, all parties may be better served by consenting to the transfer of this action to Chicago for Judge Leinenweber's consideration in the broader context of discovery in the underlying action. The matter will therefore be set for a status conference on Thursday, May 23, at 9:30 a.m. PT.

4.      Judge Wilner sits in Courtroom 550, 5th Floor, Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, California 90012. Judge Wilner will give each party the **option** to appear **in person** or **by video**. All parties <u>must respond to the Clerk</u> no later than two business days before the hearing to confirm in-person or video attendance. Note that Judge Wilner <u>will be present in court</u>.

5.      The parties are further directed to file brief position statements (NTE three pages) regarding the propriety of transferring the motion to compel to Illinois by or before noon on May 21.

6.      **Note**: If the parties fully consent to transfer the action, please contact the Clerk immediately. The Court will vacate the upcoming status conference.

**CIVIL MINUTES - GENERAL**

| Case No. | Misc. 24-61 SPG (MRWx) | Date | May 13, 2024 |
|----------|------------------------|------|--------------|
| Title    | Acosta v. Unite Here Health | | |

* * *

      7.     The Court uses ZoomGov as its preferred video platform.  The Clerk will separately send a link to access the hearing if any party so elects.  The program works optimally if you download the Zoom app to your computer / phone / other device.  You're encouraged to do this well in advance of the hearing.  You also may be able to access the hearing via a web browser connection alone, although you may not have full functionality.

      8.     Reminder – the Local Rules of Court prohibit non-court personnel from recording or broadcasting these proceedings.  L.R. 83-6 et seq.