UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   MC24-00061-SPG(MRWx)                                               Date: 5/23/2024

Title   BOARD OF TRUSTEES OF UNITE HERE HEALTH v. UNITE HERE Local 11

Present: The Honorable:   Michael R. Wilner, United States Magistrate Judge

| Eddie Ramirez | CS 5/23/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Stasiewicz | J. Paul Moorhead |
| Alethea A. Swift | Luke Taylor |

**Proceedings:** STATUS CONFERENCE – 16 (VIDEO)

Case called. Counsel made their appearance. Status conference held.

:14
ER