JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ACOSTA, et al., | Case No. Misc. 24-61 SPG (MRWx) |
| --- | --- |
| Plaintiffs, | **ORDER TRANSFERRING ACTION TO NORTHERN DISTRICT OF ILLINOIS** |
| v. | |
| UNITE HERE HEALTH, et al., | N.D. Ill. No. CV 1:22-1458 HDL |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 45(f) and based on the consent of the parties, the Court transfers this motion to compel to the Northern District of Illinois, the site of the underlying civil action.

\* \* \*

1. The Illinois action is a putative class action filed by current and former participants in the Unite Here Health Fund. In connection with that civil case, the Defendant Unite Here Health served a Rule 45 subpoena on a third party, Local 11, a local union that is located in the

1 Central District of California. The subpoena required Local 11 to produce documents concerning a variety of subjects.

2. In May 2024, Unite Here Health commenced this action in the Central District of California to compel discovery responses to the subpoena. (Docket # 1.) Magistrate Judge Wilner contacted Senior District Judge Leinenweber (presiding over the underlying Illinois action) to inform him of the pending action in Los Angeles. Judge Wilner also set the matter for a preliminary status conference with the parties. (Docket # 16.)

3. Judge Wilner conducted a hearing regarding the matter on May 23. In advance of the May 23 hearing, Local 11 (the subpoenaed local party) and Unite Here Health (the subpoena-issuing party) informed the Court that they consented to transfer this action to the Northern District of Illinois for Judge Leinenweber's consideration. Fed. R. Civ. P. 45(f).

\* \* \*

4. Rule 45 states that a motion to quash or to compel compliance with a subpoena to a non-party may be considered in "the district where compliance is required." Fed. R. Civ. P. 45(d)(2)(B)(ii). However, Rule 45(f) permits the transfer of such a motion "if the person subject to the subpoena consents."

5. In the present matter, both United Here Health and Local 11 consented in open court to transfer the motion to compel to Judge Leinenweber in Chicago. Given Judge Leinenweber's familiarity with the action and other ongoing discovery issues similar to those at issue in the instant motion, transfer of the Los Angeles action to Chicago is appropriate.

6. The Court therefore directs the Clerk to transfer this action to Judge Leinenweber in the Northern District of Illinois for further proceedings pursuant to Rule 45(f).

IT IS SO ORDERED.

Dated: May 23, 2024

HON. SHERILYN P. GARNETT
UNITED STATES DISTRICT JUDGE

Presented by:

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

3