**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:24−cv−04304 |
|  | Honorable Rebecca R. Pallmeyer |
| Unite Here Local 11 | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 1, 2024:

    MINUTE entry before the Honorable Young B. Kim: In−person motion hearing held. For the reasons stated on the record, Petitioner Board of Trustees of Unite Here Health's ("UHH") motion to compel [1] is granted in part and denied in part. The motion is granted as to Document Request Nos. 2, 19, 21, 28, 40, 41, 50, 56, 57, 70, 71, and 78 in the subject subpoena served on Local 11. The motion is denied as to Request Nos. 3, 37, 43, 46, 52, 61, and 80. As for Request No. 1, the court orders Local 11 to provide a declaration in lieu of responsive documents which must include: (a) Plaintiffs' positions/roles within Local 11 (e.g., leadership positions, committee membership) from January 1, 2010, to the present and the dates of those positions; and (b) a description of their involvement with any collective bargaining agreement negotiations with any employer whose employees received medical benefits through Plan Units 178 and 278 from January 1, 2016, and the present. While this court is of the opinion that Local 11 is not obligated under the rules to confer on the protocol for collecting and reviewing the necessary documents in response to this order, the court encourages the parties to confer on the custodians, ESI accounts, search terms, and methodology for review and production of responsive documents to avoid further litigation. That said, the conferral process must not take weeks to complete. Local 11 is ordered to comply with this order and produce the responsive declaration and documents by November 8, 2024. If Local 11 does not have documents responsive to a request, it must state so. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.